IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESTEBAN LUIS GUARDIOLA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv340 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | ORDER |
| METROPOLITAN UTILITIES DISTRICT, TOM WURTZ, SAM LONIGLIO, TIM CULLINANE, SCOTT KEEP, and JOHN HENCHMEYER, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

     This matter is before the court on Plaintiff's Response to the court's Order to Show Cause (Filing No. 4). On November 18, 2005, the court ordered Plaintiff to show cause explaining any reason why his case should not be dismissed without prejudice for failure to obtain timely service of process on the defendants. In his response Plaintiff requested a 30-day extension stating that he is currently in the process of retaining an attorney to represent him in the above captioned matter.

     For good cause shown, the court will grant the Plaintiff a 30-day extension to effect service of process.

**IT IS SO ORDERED:**

The Plaintiff will effect service of process on defendants by **January 20, 2006**.

DATED this 21st day of December, 2005.

                                         BY THE COURT:

                                         S/ F. A. Gossett
                                         United States Magistrate Judge